AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

Case 5:18-cv-00075-DCB-MTP Document 52-1 Filed 06/05/19 Page 1 of 1

# UNITED STATES DISTRICT COURT

For the Southern District of Mississippi

Western Division

| | |
|---|---|
| RAYMOND B. PITTS, # N1832 | ) |
| *Plaintiff* | ) |
| v. | )    Civil Action No. 3:18cv75-DCB-MTP |
| | ) |
| MANAGEMENT & TRAINING CORPORATION, ET AL | ) |
| *Defendants* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS

To: Mississippi Department of Corrections
Office of Medical Compliance
633 N. State Street
Jackson, Mississippi 39202

☒ *Production*: **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents , electronically stored information, or objects, and to permit inspection, copying, testing, or samplying of the material: **Certified copies of any and all medical records, bills, reports, sick call requests, correspondence, or other files under your custody or control pertaining to Raymond B. Pitts, #N1832 from January 1, 2016 to the present.**

| Place: Mail to Steven Griffin, Daniel Coker Law Firm, Post Office Box 1084, Jackson, MS 39215-1084 | Date and Time: within ten (10) days of receipt of said subpoena |
|---|---|
| | |

☐ *Inspection of Premises*: **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached - Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena, and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 6-5-2019

| CLERK OF COURT | | |
|---|---|---|
| | OR | |
| _____ | | _____ |
| *Signature of Clerk or Deputy Clerk* | | Attorney's signature |

The name, address, e-mail address, and telephone number of the attorney representing Management & Training Corporation who issues or requests this subpoena, are: Steven Griffin, Daniel Coker law firm, Post Office Box 1084, Jackson, MS 39215-1084, sgriffin@danielcoker.com 601-969-7607.

**Notice to the person who issues or requests this subpoena**

If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).



EXHIBIT
A

D1205958.1